**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7825**

———————

MILTON TOWNSEND; BRUCE E. KENNEY,

Plaintiffs - Appellants,

and

JAMES TAYLOR,

Plaintiff,

versus

ALTON BASKERVILLE, Warden; THOMAS F. NEUMAYER,
Assistant Warden of Programs; MICHAEL MORLEY,
Chaplain; DOROTHY COLLINS, Chief Operations of
Classification & Records Unit; SHANDA DAWKINS,
Senior Counselor/Program Supervisor; P. E.
ANDERSON, Correctional Officer; P. M. HENICK,
Regional Ombudsman; SERGEANT LEE; OFFICER
WEST; CAPTAIN SCOTT; OFFICER MULLINS;
LIEUTENANT BEST,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Richard L. Williams, Senior
District Judge. (CA-03-549-3)

———————

Submitted: June 22, 2006            Decided: June 26, 2006

———————

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Milton Townsend, Bruce E. Kenney, Appellants Pro Se. Susan Foster Barr, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

      Milton Townsend and Bruce E. Kenney appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Townsend v. Baskerville</u>, No. CA-03-549-3 (E.D. Va. Sept. 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>